## Commonwealth ex rel. Hoch, Appellant, *v.* Banmiller.

58

Submitted March 19, 1958.   Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Arthur L. Hoch,* appellant, in propria persona.

*George C. Eppinger,* District Attorney, for appellee.

Opinion Per Curiam, April 16, 1958:

The order of the court below is affirmed on the opinion of President Judge Depuy, as reported in 12 Pa. D. & C. 2d 65.